■ OTU A. OBOT, Appellant, v MEDAILLE COLLEGE, Respondent. [919 NYS2d 410]—

Memorandum: Inasmuch as no appeal lies as of right "from an ex parte order, including an order entered sua sponte" (*Sholes v Meagher*, 100 NY2d 333, 335 [2003]; *see Bajrovic v Jeff Anders Trucking*, 52 AD3d 553 [2008]), and permission to appeal has not been granted (*see* CPLR 5701 [c]), the appeal must be dismissed (*see Mohler v Nardone*, 53 AD3d 600 [2008]). Present—Scudder, P.J., Fahey, Carni, Green and Gorski, JJ.